# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| DALE R. FROST, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. CV 06-173-S-LMB |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| GARY LAWSON; KEVIN LAWSON; and LYNN LAWSON; | ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

In accordance with the Order entered April 19, 2007, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is DISMISSED in its entirety with prejudice.

DATED: **April 19, 2007**.

_____
Honorable Larry M. Boyle
U. S. Magistrate Judge

**JUDGMENT**